UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LIZBETH CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, United States Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JEAN KING, Acting Director, Executive Office for Immigration Review; RODIN ROOYANI, Assistant Chief Immigration Judge for the Los Angeles Immigration Court, Executive Office for Immigration Review,<br><br>　　　　Defendants. | No. 5:21-cv-01418-JWH-SHKx<br><br>**ORDER GRANTING STIPULATION REGARDING EAJA FEES [DKT. 28]**<br><br><br>Honorable John W. Holcomb<br>United States District Judge |

The Court, having considered the Parties' Stipulation Regarding EAJA Fees [ECF No. 28], and for good cause shown, it is **ORDERED** that the Stipulation is **GRANTED**. The Federal Defendants shall pay $13,295.00 to Plaintiff to resolve all claims under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**IT IS SO ORDERED.**

Dated: December 27, 2021

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE